390 A.2d 315

Williams v. Williams (et ux., Appellant).

Argued March 28, 1978.
Paul D. Nelson, submitted a brief for appellant; Lawrence R. Richard, with him Jack Brian, for appellee.

Order affirmed.

390 A.2d 316

Zuber et al. v. Jones et al., Appellants, et al.

Argued March 29, 1978. B. Axelrod, with him James M. Penny, Jr., Assistant City Solicitor, for appellants; Richard F. Furia, for appellee, Zuber a minor; F. Emmet Ciccone, submitted a brief for appellees, Zuber and Stevenson, additional defendants.

Order affirmed.